In the Matter of the Application of RUSSELL, SHEVLIN & RUSSELL, as Attorneys, Respondents.

WILLIAM C. LIMBERG, Appellant.

Submitted September 25, 1939; decided October 3, 1939.

*Matthew J. Shevlin* and *Alphonse G. Lieber* for motion.
*Henry Koch* and *Frederick W. Ritter* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion. The order modified by the Appellate Division was not interlocutory. (Civ. Prac. Act, § 590.)